UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FAISAL ALFAOUR a/k/a FAISAL ALFAOUR BANI ALABBAS and TALAL ALFOUR a/k/a TALAL ALFAOUR BANI ALABBAS,

Plaintiffs,

-v-

THE BOLIVARIAN REPUBLIC OF VENEZUELA,

Defendant.

---

26 Civ. 5769 (JPC)

ORDER

JOHN P. CRONAN, United States District Judge:

By October 16, 2026, Plaintiffs shall file a letter updating the Court on the status of service on Defendant, whether Defendant has responded in any way, Plaintiffs' views on the next steps to be taken in this case, and any other relevant information.

SO ORDERED.

Dated: October 8, 2026
New York, New York

JOHN P. CRONAN
United States District Judge